## **EXHIBIT LIST**

Schedule A     List of Partnerships and Unincorporated Associations

Exhibit 1     Accused Instrumentalities

Exhibit 2     Patent-in-Suit