**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **SHENZHENSHI BORUNXING WUJIN YOU XIAN GONG SI,** <br><br> *Plaintiff*, <br><br> v. <br><br> **THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",** <br><br> *Defendants*. | **Civil Action No. 1:22-cv-6402** |

## EXHIBIT 1 – SEALED DOCUMENT

This document is being filed under seal with a motion for leave to file documents under Seal. A full version of Exhibit 1 will be filed separately under seal and will remain under seal until further order of this court.